No. 74–497.  BT INVESTMENT MANAGERS, INC., ET AL. *v.* DICKINSON, COMPTROLLER OF FLORIDA.  Appeal from

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.

D. C. N. D. Fla. Judgment vacated and case remanded so that a fresh order may be entered from which a timely appeal may be taken to the United States Court of Appeals for the Fifth Circuit.